**Order entered November 4, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01291-CV
No. 05-16-01292-CV

**IN RE DEON FRIDIA, Relator**

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1559947 and F-1576821**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DOUGLAS S. LANG
       JUSTICE